**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ANAHIT HOVHANISYAN, | No. 07-71518 |
| Petitioner, | Agency No. A095-183-894 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM [*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 17, 2009 [**]

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

Anahit Hovhanisyan, a native and citizen of Armenia, petitions for review of

the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for asylum, withholding of

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

NED/Research

removal, and protection under the Convention Against Torture ("CAT"). Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence an adverse credibility determination, *Gui v. INS*, 280 F.3d 1217, 1225 (9th Cir. 2002), and we deny in part and dismiss in part the petition for review.

Substantial evidence supports the agency's adverse credibility determination because Hovhanisyan's asylum application was materially inconsistent with her testimony concerning the identity and motive of her attackers, Hovhanisyan failed to provide a reasonable explanation for these inconsistencies, and the inconsistencies goes to the heart of her claim. *See Ceballos-Castillo v. INS*, 904 F.2d 519, 520 (9th Cir. 1990). In the absence of credible testimony, Hovhanisyan's asylum and withholding of removal claims fail. *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

We lack jurisdiction to review Hovhanisyan's CAT claim because she failed to raise it to the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**